# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| HATTIE MERCER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:23-cv-02082-TLP-cgc |
| v. ) | |
| ) | JURY DEMAND |
| SSRG II, LLC, doing business as Chicken ) | |
| Salad Chick, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

**JUDGMENT BY THE COURT.** This action came before the Court on Plaintiff's Complaint filed on February 15, 2023. (ECF No. 1.) In accordance with the Joint Notice of Voluntary Dismissal (ECF No. 21), and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**. The parties shall bear their own costs.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

January 31, 2024
Date